UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISA TAYLOR,<br><br>    Plaintiff,<br><br>  v.<br><br>MARKET TRANSPORT LTD., FRED MEYER STORES, INC., and VALLEY ENTERPRISES, LTD.,<br><br>    Defendants. | No. C 08-5705 KLS<br><br>ORDER GRANTING MOTION TO AMEND |

This matter is before the Court on the Plaintiff's Motion to Allow First Amended Complaint (Dkt. 14). This motion is to allow amendment of the Complaint to include claims against two new parties, Fred Meyer Stores, Inc. and Valley Enterprises, Ltd. The defendant Market Transport Ltd. has not filed any opposition to the motion.

Having reviewed the motion and supporting documents, it appears that the motion to amend the complaint is appropriate and the same is hereby GRANTED.

Dated this 10th day of August, 2009.

                  Karen L. Strombom
                  United States Magistrate Judge

Order Granting Motion to Amend
Page - 2